254 F.2d 607
 William E. RUTLEDGE, Trustee in Bankruptcy, Etc.
v.
SOUTHWEST COMPANY, Inc.
 No. 5800.
 United States Court of Appeals Tenth Circuit.
 Feb. 11, 1958.
 
 Appeal from the United States District Court for the Northern District of Oklahoma.
 F. Paul Thieman, Jr., Tulsa, Okl., for appellant.
 T. Austin Gavin, Tulsa, Okl., for appellee.
 Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed pursuant to agreement of counsel.